## U.S. District Court
## Northern District of Ohio (Cleveland)
### CIVIL DOCKET FOR CASE #: 1:03-cv-01522-KMO

Ceradyne, Inc. v. Cabot Corporation et al
Assigned to: Honorable Kathleen M. O'Malley
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:1 Antitrust Litigation

Date Filed: 07/21/03
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Ceradyne, Inc.**     represented by   **Daniel R. Karon**
Weinstein Kitchenoff Scarlato Karon
Goldman
Ste. 1500
55 Public Square
Cleveland, OH 44113
216-622-1851
Fax : 216-622-1852
Email: karon@wkskg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Cabot Corporation**

**Phelps Dodge Corp.,**

**Columbian Chemicals Company**

**Degussa Engineered Carbons LP**     represented by   **Kyle B. Fleming**
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114
216-861-7374
Fax : 216-696-0740
Email: kfleming@bakerlaw.com
*ATTORNEY TO BE NOTICED*

**Degussa AG**     represented by   **Kyle B. Fleming**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Degussa Corporation**     represented by    **Kyle B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 07/21/2003 | 1 | Complaint against all defendants. Filed by Ceradyne, Inc.. Filing fee paid; receipt number 643867. (Attachments: # 1 Civil Cover Sheet)(E, P) (Entered: 07/29/2003) |
| 07/21/2003 | 2 | Random Assignment of Magistrate Judge Nancy A. Vecchiarelli (E, P) (Entered: 07/29/2003) |
| 07/21/2003 | 3 | Notice of Placement of case in the CM/ECF Docketing System (E, P) (Entered: 07/29/2003) |
| 08/20/2003 | 4 | Motion for a 30 day extension of time until 9/19/2003 *within which to move, answer or otherwise respond to the class action complaint* filed by Degussa AG, Degussa Corporation, Degussa Engineered Carbons LP. (Attachments: # 1 MDL Docket 1543)(Fleming, Kyle) Modified text of docket entry on 8/21/2003 (B, B). (Entered: 08/20/2003) |
| 08/25/2003 |  | Order (non-document) granting "Degussa" defendants' Motion for extension of time until 9/19/2003 to respond to complaint (Related Doc # 4). Signed by Judge Kathleen M. O'Malley on 8/25/2003.(H, C) (Entered: 08/25/2003) |
| 09/19/2003 | 5 | Answer to Class Action Complaint (Related Doc # 1) filed by Degussa Corporation, Degussa Engineered Carbons LP. (Fleming, Kyle) Modified text of docket entry on 9/22/2003 (B, B). (Entered: 09/19/2003) |
| 10/03/2003 | 6 | Case Management Conference Scheduling Order; with case management conference to be held on 11/3/2003 at 11:00 AM in Chambers 16A; Judge Kathleen M. O'Malley (Attachments: # 1 Position Statement)(R, N) (Entered: 10/03/2003) |
| 10/03/2003 | 7 | Notice of Magistrate Consent forms issued (R, N) (Entered: 10/03/2003) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 11/21/2003 10:53:30 |
| **PACER Login:** us2510    **Client Code:** |

| **Description:** | Docket Report | **Case Number:** | 1:03-cv-01522-KMO |
|---|---|---|---|
| **Billable Pages:** | 1 | **Cost:** | 0.07 |