# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:             [202] 502-2888

http://www.jpml.uscourts.gov

November 14, 2003

Tony Anastas, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

*03-12348-DPW* (handwritten)

Re:  MDL-1543 -- In re Carbon Black Antitrust Litigation

  *Ceradyne, Inc. v. Cabot Corp., et al.,* N.D. Ohio, C.A. No. 1:03-1522

Dear Mr. Anastas:

  I am enclosing one certified and additional copies of a conditional transfer order filed by the Panel in the above-captioned action on <u>October 29, 2003</u>. Section 1407 requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

  A list of involved counsel is attached.

                                    Very truly,

                                    Michael J. Beck
                                    Clerk of the Panel

                                    By /s/ [signature]
                                           Deputy Clerk

Attachment

cc:  Transferee Judge: Judge Douglas P. Woodlock
     Transferor Judge: Judge Kathleen McDonald O'Malley
     Transferor Clerk: Geri M. Smith

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2003

DOCKET NO. 1543

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CARBON BLACK ANTITRUST LITIGATION

*Ceradyne, Inc. v. Cabot Corp., et al.*, N.D. Ohio, C.A. No. 1:03-1522

### CONDITIONAL TRANSFER ORDER (CTO-2)

On August 13, 2003, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Douglas P. Woodlock.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 13, 2003, ___F.Supp.2d___ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Douglas P. Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 14 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1543
## IN RE CARBON BLACK ANTITRUST LITIGATION

Kyle B. Fleming
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

Daniel R. Karon
Gallagher, Sharp, Fulton & Norman
Bulkley Building, 7th Floor
1501 Euclid Avenue
Cleveland, OH 44115

A CERTIFIED TRUE COPY

NOV 14 2003

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 29 2003

FILED
CLERK'S OFFICE

*DOCKET NO. 1543*

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE CARBON BLACK ANTITRUST LITIGATION

*Ceradyne, Inc. v. Cabot Corp., et al.*, N.D. Ohio, C.A. No. 1:03-1522

### CONDITIONAL TRANSFER ORDER (CTO-2)

On August 13, 2003, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Douglas P. Woodlock.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Woodlock.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 13, 2003, ___F.Supp.2d___ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Douglas P. Woodlock.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 14 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel